



## MEMORANDUM OPINION

No. 04-09-00622-CV

### IN RE FORD MOTOR CO. and MICHELIN NORTH AMERICA, INC.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
                Steven C. Hilbig, Justice
                Marialyn Barnard, Justice

Delivered and Filed: December 23, 2009

PETITION FOR WRIT OF MANDAMUS DISMISSED

On October 29, 2009, real parties in interest filed a Notice of Nonsuit and Motion to Dismiss, asking this court to dismiss this mandamus proceeding as moot. Relators have informed this court they have no objection to the dismissal of the mandamus proceeding as moot once the nonsuit has been signed by the trial court and filed with this court. On December 16, 2009, the trial court signed the Order Acknowledging Nonsuit Without Prejudice. Accordingly, relators' petition for writ of mandamus is DISMISSED AS MOOT. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2008-CVQ-000489D2, styled *Maria Del Carmen Arreola, et al. v. Ford Motor Company, et al.*, pending in the 111th Judicial District Court, Webb County, Texas, the Honorable Raul Vasquez presiding.